UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. DAVIS, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00192-DAD-EPG (PC)<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 21) |

　　　　On December 15, 2020, the Court set an initial scheduling conference in this action. (ECF No. 21.) The conference is currently set for April 7, 2021, at 10:00 a.m. (*Id.*) In that same order the Court required the parties to exchange initial disclosures thirty days before the conference and to file scheduling conference statements fourteen days before the conference. (*Id.*) On February 5, 2021, the Court entered an order referring this matter to Magistrate Judge Kendall J. Newman to conduct a settlement conference on April 8, 2021. (ECF No. 27.)

　　　　In light of the coronavirus (COVID-19) pandemic and the evolving coronavirus protocols, as well as the upcoming settlement conference, the initial scheduling conference is VACATED. If the case does not settle, the parties shall exchange initial disclosures no later than May 7, 2021, and shall file their scheduling conference statements no later than May 21, 2021. The Court will issue a scheduling order, if necessary, after reviewing the parties' scheduling conference statements.

IT IS SO ORDERED.

　　Dated:　**February 12, 2021**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE