UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. DAVIS, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00192-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ISSUANCE OF A SUBPOENA DUCES TECUM WITHOUT PREJUDICE<br><br>(ECF No. 28) |

　　　　Plaintiff Keith Jerome Wright ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On February 11, 2021, Plaintiff filed an unsigned subpoena requesting production of documents from Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation. (ECF No. 28.) The subpoena requests several categories of documents relating to complaints, grievances, and investigations involving Defendants J. Davis and P. Garcia as well as various types of correctional officer training materials. (*Id.*) Plaintiff did not file a motion along with the subpoena.

　　　　The Court construes Plaintiff's filing as a request for issuance of a subpoena duces tecum and will deny the request without prejudice. First, although the Court has required the parties to make some disclosures in relation to the upcoming settlement conference (ECF No. 21), discovery has not yet opened in this case. *See* Fed. R. Civ. P. 26. Second, it is unclear how the information Plaintiff

seeks is related to his case. Finally, Plaintiff has not demonstrated that the information he requests is available only through a third party.

    Once discovery opens, Plaintiff should first request the information from Defendants.  If Defendants object on the ground that they do not have possession, custody, or control of the information, Plaintiff may refile this motion, along with Defendants' objection.  If Plaintiff refiles that motion, Plaintiff should also include an explanation of why the documents he seeks are relevant to the claims in his case.

    Accordingly, it is HEREBY ORDERED that Plaintiff's request for issuance of a subpoena duces tecum (ECF No. 28) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **February 19, 2021**         /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE