UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>J. DAVIS, et al.,<br><br>        Defendant. | Case No. 1:20-cv-00192-DAD-EPG (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE RE: SETTLEMENT<br><br>(ECF Nos. 39, 41) |

Plaintiff Keith Jerome Wright ("Plaintiff"), a state inmate proceeding *pro se* and *in forma pauperis,* commenced this action against Defendants J. Davis and P. Garcia ("Defendants") on February 6, 2020. (ECF No. 1.) On April 8, 2021, the parties attended a settlement conference with Magistrate Judge Dennis M. Cota and reached a settlement. (ECF No. 35.) This case was dismissed pursuant to the parties' stipulation on April 14, 2021. (ECF Nos. 37, 38.)

On January 10, 2021, Plaintiff Keith Jerome Wright ("Plaintiff") filed a notice regarding the current status of settlement. (ECF No. 39.) Plaintiff states that the settlement amount has not been paid, even though payment was due within 180 days of settlement. (*Id.*) Plaintiff "petition[s] the court to help [him] finalize this lawsuit that was on Court Record." (*Id.*)

On January 25, 2022, Defendants filed a response. (ECF No. 41.) According to the motion, California Penal Code 2085.8 mandates that CDCR pay Plaintiff's restitution first, and then deposit any remaining funds into his trust account. (*Id.* at 3.) The settlement funds were paid on September 9, 2021, and applied directly to Plaintiff's restitution balance. (ECF No. 41-1 at 2.) Because the restitution balance exceeded the settlement amount, there were no excess funds to be deposited into Plaintiff's trust account. (*Id.*; ECF No. 41 at 1-2.)

///

It appears that Defendants have timely paid the settlement funds and that payment was processed in accordance with California Penal Code 2085.8. Accordingly, the Court will take no action at this time.

IT IS SO ORDERED.

Dated: **January 27, 2022**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE